IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:08CR59-SA-DAS

JOE FRED GASTON

**ORDER**

This matter is before the Court on Motion of the defendant for an Order Requiring the Prosecution to Give Notice of its Intention to Use Other Crimes, Wrongs or Acts Evidence (# 12). The defendant requests an order requiring the government to give two weeks notice prior to trial of its intent to use evidence of other crimes, wrongs or acts at trial pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure and Rules 104(a) and (c) and 404(b) of the Federal Rules of Evidence. The Court, however, construes the motion as nothing more than a request for reasonable notice in advance of trial of the general nature of any such evidence the government intends to introduce pursuant to Rule 404(b). Accordingly, the motion is DENIED.

SO ORDERED, this the 25th day of July 2008.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE